Decided March 17, 1999

## MARTIN MEDIA *v.* SENSUAL FASHIONS, INC.

The defendant's petition for certification for appeal from the Appellate Court (AC 18888) is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Michael Perugini*, in support of the petition.

*Sabato P. Fiano*, in opposition.

Decided March 17, 1999